```
United States Bankruptcy Court
Northern District of Ohio
```

In re:                                                              Case No. 13-31407-maw
Blace G. Glander                                                    Chapter 7
    Debtor
## CERTIFICATE OF NOTICE

District/off: 0647-3      User: mclar          Page 1 of 2          Date Rcvd: May 06, 2013
                          Form ID: 241         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2013.
```
db            +Blace G. Glander,    216 Keplar Street,    Van Wert, OH 45891-2029
cr            +Capital One, N.A.,    Bass & Associates, P.C.,   3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
22235690       Capital One Services,    P.O. Box 4144,    Carol Stream, IL 60197-4144
22235694       HSBC Retail (Guitar Center),    P.O. Box 5226,   Carol Stream, IL 60197-5226
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: rmscedi@recoverycorp.com May 07 2013 06:30:14
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 08, 2013**        **Signature:** _/s/ Joseph Speetjens_

District/off: 0647-3         User: mclar                 Page 2 of 2                  Date Rcvd: May 06, 2013
                             Form ID: 241                Total Noticed: 5

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2013 at the address(es) listed below:
           Bruce C French    b-french@onu.edu,
            bcfrench@woh.rr.com;brucecfrench@earthlink.net;bcf@trustesolutions.com;BCF@trustesolutions.net
           Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
           Scott R Gordon    on behalf of Debtor Blace G. Glander srglaw@embarqmail.com
                                                                           TOTAL: 3

Northern District Of Ohio
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604
**Case No. 13−31407−maw**

**In re:**
Blace G. Glander
216 Keplar Street
Van Wert, OH 45891

**Social Security No.:**
xxx−xx−1844

## NOTICE OF MOTION FOR AVOIDANCE OF LIEN

### OF HSBC RETAIL (GUITAR CENTER)

Blace Glander filed papers with the Court to Avoid Lien.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the motion requested, or if you want the Court to consider your views on the Motion, then on or before May 20, 2013 you or your attorney must:

**File with the court a written response at:**
United States Bankruptcy Court
1716 Spielbusch Ave Room 411
Toledo, OH 43604

If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above. **You must also mail a copy to:**

**Debtor's Attorney:**
Scott R Gordon
116 W Main St
Van Wert, OH 45891

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

**Dated:** May 6, 2013　　　　　　　　　　　　　　　　　　　　　　　　　　　　For the Court
Form ohnb241　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Kenneth J. Hirz, Clerk